# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF MISSOURI
# EASTERN DIVISION

| | |
|---|---|
| **Mario Ortega,** | ) |
| **Plaintiff,** | ) |
| | ) Case No. 4:18-cv-01573-UNA |
| vs. | ) |
| **City of St. Louis, et. al.,** | ) |
| **Defendants.** | ) |

## ORDER

On September 17, 2018, due to electronic case opening, the above numbered case was inadvertently opened in error.   Therefore, this case will be administratively closed.

Case No. 4:18-cv-01573-UNA is hereby administratively closed.

Dated this 18th day of September, 2018.

GREGORY J. LINHARES,
CLERK OF COURT

By: /s/ Michele Crayton
    Court Services Manager